JERUSHA VAUGHN, Respondent, *v.* THE VILLAGE OF
PORTCHESTER, Appellant.

(Submitted May 1, 1889; decided June 4, 1889.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made March 10, 1887, which affirmed an interlocutory judgment, entered upon an order overruling a demurrer to plaintiff's complaint.

*Maurice Dillon* for appellant.

*Wilson Brown, Jr.*, for respondent.

Judgment reversed on authority of *Phelps* v. *Mayor, etc.*, (112 N. Y. 216) and judgment ordered for defendant, unless within thirty days the plaintiff amends and pays costs; no opinion.

All concur.

Judgment accordingly.